# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

154899 (76)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

ELECTRIC STICK, INC.,
           Plaintiff-Appellant,

v

                                               SC: 154899
                                             COA: 327421
                                             Wayne CC: 14-003564-CK

PRIMEONE INSURANCE COMPANY,
           Defendant-Appellee,
and

KAPLANI INSURANCE AGENCY, INC.,
           Defendant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 3, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



t0209

                                 Clerk